IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 09-0522
 ((((((((((((((((

 In Re John M. O'quinn, P.C. D/B/A O'quinn & Laminack; John M. O'quinn &
 Associates, A Texas General Partnership; John M. O'quinn & Associates,
 L.L.P. D/B/A O'quinn & Laminack; John M. O'quinn Law Firm, P.L.L.C.;
 O'quinn & Laminack; And John M. O'quinn, Relators

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The agreed motion to abate mandamus proceeding, filed on
December 14, 2009, is granted, and this case is ABATED to allow the parties
to proceed with settlement negotiations.
 2. This case is removed from the Court's active docket until
February 24, 2010, by which time the parties must file either a status
report or a motion to dismiss. The parties shall immediately notify this
Court about any changes in status in the settlement proceedings.

 Done at the City of Austin, this 18th day of December, 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk